THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. DE GROAT, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent.

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of LEVBOURNE REALTY CO., INC., et al., Respondents, v. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.